301 So.2d 136 (1974)
APECO MARINA, INC., Appellant,
v.
ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellee.
No. 74-144.
District Court of Appeal of Florida, Third District.
October 8, 1974.
Reginald M. Hayden, Jr., Miami, for appellant.
Talburt, Kubicki & Bradley and Daniel Draper, Jr., Miami, for appellee.
Before HENDRY, HAVERFIELD and NATHAN, JJ.
NATHAN, Judge.
Appellant, defendant in the trial court, seeks review of a final money judgment entered by the court without a jury. The sole issue raised on appeal is whether the evidence adduced at trial supported the verdict as to damages.
Findings of the trial judge in a non-jury case are presumed to be correct and will not be disturbed unless there is a lack of competent evidence to support the conclusion reached. City of Miami Beach v. Fein, Fla.App. 1972, 263 So.2d 258; City of Jacksonville v. Mack, Fla.App. 1972, 260 So.2d 542; Vincent v. Lawson, Fla.App. 1973, 272 So.2d 162.
Careful review of the facts in the case sub judice discloses that there was substantial competent evidence to support the judgment.
Affirmed.